**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10612 |
| Plaintiff - Appellee, | D.C. No. 1:85-cr-00205-LJO |
| v. | |
| DARRYL BURTON, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of California
Lawrence J. O'Neill, District Judge, Presiding

Submitted May 13, 2015**

Before:    LEAVY, CALLAHAN, and M. SMITH, Circuit Judges.

Darryl Burton appeals from the district court's order denying his motion to

correct his sentence under Federal Rule of Criminal Procedure 35(a). Pursuant to

*Anders v. California*, 386 U.S. 738 (1967), Burton's counsel has filed a brief

stating that there are no grounds for relief, along with a motion to withdraw as

---

\* This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\* The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

counsel of record.  Burton has filed a pro se supplemental opening brief.  No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**